RECEIVED
IN LAKE CHARLES, LA
OCT - 5 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:88 CR 50038 |
| VS. | : | JUDGE MINALDI |
| JOE ALLAN BOUNDS | : | MAGISTRATE JUDGE WILSON |

## ORDER

IT IS ORDERED that the defendant's Motion to Set Aside Order Denying Motion for Leave to Proceed *In Forma Pauperis* on Appeal for Failure to Comply with 28 U.S.C. §1915(a)(2) IS GRANTED.

Having reconsidered defendant's Motion to File *In Forma Pauperis*, his motion IS DENIED.

Lake Charles, Louisiana, this ____ day of October, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE